Opinion by DOWDELL, J.

## Appling *v.* National B. & L. Association.

APPEAL from Walker Circuit Court.
Tried before the Hon. JAMES J. BANKS.

APPLING & McGUIRE, for appellant.

T. L. SOWELL and HOLLOWAY & HOLLOWAY, *contra*.

This action was brought by the appellant against the appellee, to recover the statutory penalty of two hundred dollars, for the failure on the part of the defendant, after request thereto in writing, to enter upon the record of a mortgage, partial payments made on a mortgage debt.

From a judgment in favor of the defendant the plaintiff appeals. The judgment is affirmed on the authority of *Gwin v. National B. & L. Asso.*, 121 Ala. 572.

Opinion by SHARPE, J.